IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZURAB BUZIASHVILI, | : | Civil No. 3:21-cv-185 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| MATTHEW T. ALBENCE, et al., | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this 23rd day of September, 2021, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge